

U.S. Department of Justice

W. Stephen Muldrow
United States Attorney
District of Puerto Rico
Torre Chardón, Suite 1201
San Juan, Puerto Rico 00918
(787) 766-5656

September 30, 2025

VIA CM/ECF

Hon. Anastasia Dubrovsky, Clerk of Court
United States Court of Appeals for the First Circuit
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re:     *United States v. Colón-Vázquez*, Appeal No. 23-1815
        Notice of Supplemental Authorities Under Fed. R. App. P. 28(j):

Dear Ms. Dubrovsky:

The following may be relevant to the disposition of this case.

The First Circuit addressed a district court's explanation for an upwardly variant sentence in *United States v. Morales-Velez*, 100 F.4th 334 (1st Cir. 2024). The Court determined that the defendant "failed to demonstrate an abuse of discretion" in the district court pointing to the amount of ammunition he possessed because the Court had "previously affirmed sentences where the district court relied on similar amounts of ammunition as one basis for its upward variance." *Id.* at 344; *see also United States v. Fargas-Reyes*, 125 F.4th 264, 275 n.15 (1st Cir. 2025) ("[T]he problem for Fargas is that [the First Circuit has] affirmed above-guidelines terms for defendants possessing *less* ammo than he possessed."). This relates to defendant Colón-Vázquez's argument that the district court in this case could not base an upwardly variant

sentence in part on the amount of ammunition and magazines that he possessed. (Opening Br. 19–25).

The panel may too want to consider *Morales-Velez* for the significant portions of that defendant's briefing that Colón borrowed from. *See* Colón's Opening Br. at 16–18 and Reply Br. at 9–11 (parroting Opening Brief, *United States v. Morales-Velez*, First Circuit No. 21-1264, at 27–29 (filed Dec. 16, 2021) (available at 2021 WL 6061914)); *see also* Colón's Opening Br. at 20–23 (parroting Opening Brief, *United States v. Morales-Velez*, First Circuit No. 21-1264, at 30–32 (filed Dec. 16, 2021)). The significant overlap in the briefing with *Morales-Velez* also seems to explain the various fonts used in Colón's briefs in this appeal. Though Colón is free to feel persuaded enough by another defendant's briefing to copy-and-paste from it, he failed to mention that the First Circuit was unpersuaded by those arguments in *Morales-Velez*, 100 F.4th at 344–45.

                                            Respectfully submitted,

                                            W. Stephen Muldrow
                                            United States Attorney

                                            Juan Carlos Reyes-Ramos
                                            Assistant United States Attorney
                                            Chief, Appellate Division

                                            /s/ Gregory B. Conner
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            Torre Chardón, Suite 1201
                                            350 Carlos Chardón Avenue
                                            San Juan, Puerto Rico 00918
                                            Tel. (787) 766-5656
                                            Fax (787) 771-4050

cc: Defense Counsel