

U.S. Department of Justice

W. Stephen Muldrow
United States Attorney
District of Puerto Rico
Torre Chardón, Suite 1201
San Juan, Puerto Rico 00918
(787) 766-5656

October 16, 2025

VIA CM/ECF

Hon. Anastasia Dubrovsky, Clerk of Court
United States Court of Appeals for the First Circuit
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re:    *United States v. Colón-Vázquez*, Appeal No. 23-1815
       Notice of Supplemental Authorities Under Fed. R. App. P. 28(j):

Dear Ms. Dubrovsky:

The undersigned recently learned of the additional case that may be relevant to the panel's decision.

In *United States v. Mercado-Cañizares*, the First Circuit held that the amount of ammunition the defendant possessed—seventy-four rounds and two extended magazines—was "independently sufficient" to support the district court's imposition of a variance from the 30-to-37-month range to 48 months. 133 F.4th 173, 181 (1st Cir. 2025). That is the same Guidelines range and eleven-month variance that Colón-Vázquez received here, though in his case he possessed three firearms (two of which were machineguns), at least one-hundred and ninety-two rounds of ammunition, and seven magazines (six of which were high-capacity). (Sealed Appendix at 10). The First Circuit further determined in *Mercado-Cañizares* that because the ammunition was independently sufficient to justify the variance, it did not need to wade into the

district court's other justifications. 133 F.4th at 181. In short, if it sufficed in *Mercado-Cañizares*, it should likewise suffice in a case where there are more firearms (a second machinegun) and more magazines and ammunition. This relates to defendant Colón-Vázquez's argument that the district court in this case could not base an upwardly variant sentence on the amount of ammunition and magazines that he possessed. (Opening Br. 19–25).

        Respectfully submitted,

        W. Stephen Muldrow
        United States Attorney

        Juan Carlos Reyes-Ramos
        Assistant United States Attorney
        Chief, Appellate Division

        /s/ Gregory B. Conner
        Assistant United States Attorney
        United States Attorney's Office
        Torre Chardón, Suite 1201
        350 Carlos Chardón Avenue
        San Juan, Puerto Rico 00918
        Tel. (787) 766-5656
        Fax (787) 771-4050

cc: Defense Counsel